ACCEPTED
14-15-00396-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 2:40:08 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE 14TH JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

6/11/2015 2:40:08 PM

CHRISTOPHER A. PRINE
Clerk

No. 14-15-00396-CV

JARED WOODFILL AND F.N. WILLIAMS, SR.
Appellants,

v.

ANNISE D. PARKER, MAYOR; ANNA RUSSELL, CITY SECRETARY; AND
THE CITY OF HOUSTON, TEXAS.
Appellees.

_____

On Appeal from the 152nd Judicial District Court of Harris County, Texas
Trial Court Cause No. 2014-44974

_____

## APPELLANTS' NOTICE OF PAYMENT TO COURT REPORTER

TO THE HONORABLE JUSTICES OF THIS COURT:

COME NOW, Jared Woodfill and F.N. Williams, Sr. (hereinafter "Appellants") in the above-referenced matter and file this Notice of Payment to Court Reporter. In accordance with the letter issued by this Court on May 28, 2015, Appellants have issued payment to the Court Reporter and she is currently preparing the record. Please see Ex. A attached hereto.

1

Respectfully Submitted,

ANDY TAYLOR & ASSOCIATES, P.C.

BY: /s/ Andy Taylor
Andy Taylor
State Bar No. 19727600
Amanda Peterson
State Bar No. 24032953
2668 Highway 36S, #288
Brenham, Texas 77833
713-222-1817 (telephone)
713-222-1855 (facsimile)
ataylor@andytaylorlaw.com
apeterson@andytaylorlaw.com

ATTORNEYS FOR JARED WOODFILL,
AND F.N. WILLIAMS, SR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was served via electronic filing on the 11th day of June, 2015 to the following:

SUSMAN GODFREY L.L.P.
Geoffrey L. Harrison
gharrison@susmangodfrey.com
State Bar No. 00785947
Alex Kaplan
akaplan@susmangodfrey.com
State Bar No. 24046185
Kristen Schlemmer
kschlemmer@susmangodfrey.com
State Bar No. 24075029
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

CITY OF HOUSTON LEGAL DEPARTMENT
Donna L. Edmonson
Judith L. Ramsey
James Martin Corbett
Patricia L. Casey
900 Bagby, 4th Floor
Houston, Texas  77002
Telephone:  (832) 393-6412
Facsimile:  (832) 393-6259
Donna.Edmundson@houstontx.gov
Jim.Corbett@houstontx.gov
Judith.Ramsey@houstontx.gov
Pat.Casey@houstontx.gov
Attorneys for Annise D. Parker, Mayor

HAYNES AND BOONE, LLP
Lynne Liberato
State Bar No. 00000075
Kent Rutter
State Bar No. 00797364
William Feldman
State Bar No. 24081715
Katie Dolan-Galaviz
State Bar No. 24069620
1221 McKinney, Suite 2100
Houston, Texas  77010-2007
Telephone:  (713) 547-2000
Facsimile:  (713) 547-2600
Lynne.Liberato@haynesboone.com
Kent.Rutter@haynesboone.com
william.feldman@haynesboone.com
katie.dolan-galaviz@haynesboone.com
Appellate Attorneys

FULBRIGHT & JAWORSKI LLP
Edward B. "Teddy" Adams, Jr.
State Bar No. 00790200
Andrew Price
State Bar No. 24002791
Seth Isgur
State Bar No. 24054498
Geraldine W. Young
State Bar No. 24084134
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
Teddy.Adams@nortonrosefulbright.com
Andrew.Price@nortonrosefulbright.com
Seth.Isgur@nortonrosefulbright.com
Geraldine.Young@nortonrosefulbright.com
Attorneys for Anna Russell, City Secretary

/s/ Andy Taylor_____

3